UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| OCTAVIO SANCHEZ REYES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00407-MPB-MKK |
| | ) | |
| MARKWAYNE MULLIN, | ) | |
| SAMUEL OLSON, | ) | |
| TODD BLANCHE, | ) | |
| WARDEN CLAY COUNTY JUSTICE CENTER, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This case is **dismissed** pursuant to Federal Rule of Civil Procedure 41(a)(2) and the petitioner's notice of voluntary dismissal. *See* dkt. 11.

The **clerk is directed** to enter **final judgment**.

**IT IS SO ORDERED.**

Dated:  July 7, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel